IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 APR 20  PM 2: 55

CLERK_____
SO. DIST. OF GA.

JAYMES NIX, and KARLEE NIX,          *
                                     *
          Plaintiffs,                *
                                     *
          v.                         *          CV 320-003
                                     *
ALDRIDGE PITE HAAN LLP, and          *
ALDRIDGE PITE LLP,                   *
                                     *
          Defendants.                *

_____

O R D E R
_____

Before the Court is Plaintiffs Jaymes and Karlee Nix's notice
of dismissal.  (Doc. No. 10.)  Plaintiff seeks to dismiss only
Defendant Aldridge Pite Haan LLP, which has not answered or moved
for summary judgment.  Accordingly, dismissal is appropriate under
Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that Plaintiffs' claims against
Defendant Aldridge Pite Haan LLP are **DISMISSED WITHOUT PREJUDICE.**
The Clerk is **DIRECTED** to **TERMINATE** Defendant Aldridge Pite Haan
LLP as a party to this action.  Each party to this dismissal shall
bear its own costs and fees.  All other claims asserted by the
remaining parties shall continue unaffected.

**ORDER ENTERED** at Augusta, Georgia, this _____20_____ day of April,
2020.

_____
UNITED STATES DISTRICT JUDGE