IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUN -2 PM 3: 34

JAYMES NIX and KARLEE NIX,          *
                                    *
        Plaintiffs,                 *
                                    *
        v.                          *          CV 320-003
                                    *
ALDRIDGE PITE LLP,                  *
                                    *
        Defendant.                  *

CLERK J. Hodge
SO. DIST. OF GA.

O R D E R

Before the Court is the Parties' notice of settlement. (Doc.
No. 15.) The Parties have reached a settlement which they
anticipate finalizing within thirty days. They therefore request
that the Court stay all pretrial deadlines and discovery
requirements. Therefore, **IT IS HEREBY ORDERED** that all deadlines
in this case are **STAYED** for **thirty (30) days.**

**ORDER ENTERED** at Augusta, Georgia, this _2nd_ day of June,
2020.

UNITED STATES DISTRICT JUDGE